Joseph D. Steward, III, Esq. (337385)
Kimmel & Silverman, P.C.
1055 Wst 7th Street, 33rd Floor
Los Angeles, CA 90017
Telephone: 215-540-8888 x134
Facsimile: 215-540-8817
jsteward@creditlaw.com
teamkimmel@creditlaw.com
Attorney for Plaintiff

JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

**KENNETH HARRIS,**

    **Plaintiff,**

    v.

**LVNV FUNDING, LLC,**

    **Defendant.**

) Case No.: 2:20cv07955RSWL(JEMx)

## ORDER

AND NOW, upon review of the stipulation of dismissal by the Parties, it is hereby ORDERED that the case shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), with each side bearing its own costs.

Dated: October 14, 2021

                                                       BY THE COURT:

                                                       */S/ RONALD S.W. LEW*
                                                       UNITED STATES DISTRICT JUDGE